IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02421-DDD-KAS

AIR TRANSPORT ASSOCIATION OF AMERICA, INC. d/b/a AIRLINES FOR AMERICA,

    Plaintiff,

    v.

SCOTT MOSS, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment,

    Defendant.

---

## NOTICE OF RELATED CASE

---

        Pursuant to D.C.COLO.LCivR 3.2(a), Plaintiff Air Transport Association of America, Inc., d/b/a Airlines for America ("A4A") submits this Notice to inform the Court of the following related action:  *United Airlines, Inc. v. Scott Moss, in his official capacity as Director of the Division of Labor and Statistics at the Colorado Department of Labor and Employment*, Civil Action No. 23-cv-00117-SKC (D. Colo.).

Dated:  September 19, 2023

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll
Alisha Q. Nanda
Emily M. Jennings
Vasundhara Prasad
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
alisha.nanda@skadden.com
emily.jennings@skadden.com
vasundhara.prasad@skadden.com

Chris A. Hollinger
Molly Edgar
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
chollinger@omm.com
medgar@omm.com

*Counsel for Plaintiff*
*Air Transport Association of America, Inc.*
*d/b/a Airlines for America*