**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02421-DDD-KAS

AIR TRANSPORT ASSOCIATION OF AMERICA, INC. d/b/a AIRLINES FOR AMERICA,

Plaintiff,

v.

SCOTT MOSS, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment,

Defendant.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as additional counsel for Defendant Scott Moss, in his official capacity as Director of the Division of Labor Standards and Statistics, Colorado Department of Labor and Employment.

Respectfully submitted this 12th day of November, 2024.

PHILIP J. WEISER
Attorney General

/s/ *J. Greg Whitehair*
J. Greg Whitehair
Senior Assistant Attorney General
Office of the Colorado Attorney General
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203

720.508.6584
Greg.Whitehair@coag.gov
*Attorneys for Defendant Scott Moss*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **ENTRY OF APPEARANCE** upon all parties herein by e-filing with the CM/ECF system maintained by the court, this 12th day of November 2024, addressed as follows:

Alisha Q. Nanda
Emily M. Jennings
Vasundhara Prasad
James Richard Carroll
Skadden Arps Slate Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
alisha.nanda@skadden.com
emily.jennings@skadden.com
vasundhara.prasad@skadden.com
james.carroll@skadden.com

Aditi K. Kulkarni-Knight
Mark E. Champoux
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
aditi.kulkarni@dgslaw.com
mark.champoux@dgslaw.com

Chris A. Hollinger
Molly Edgar
O'Melveny & Meyers LLP
2 Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
chollinger@omm.com
medgar@omm.com

*/s/ Linda Ruth Carter*
Linda Ruth Carter, Paralegal